## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELE VOTEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:07-cv-01216 |
| ) | |
| UNITED STATES OF AMERICA, ) | Assigned to J. Henry H. Kennedy |
| ) | |
| Defendant. ) | |

### MOTION FOR ADMISSION OF COUNSEL, PRO HAC VICE

COMES NOW Charles M. Allen, attorney for Plaintiff, and moves for the Pro Hac Vice admission of Richard H. Gasperini in this action and in support thereof states:

1.  I am a member in good standing of the United States District Court for the District of Columbia.

2.  That Richard Gasperini is a member in good standing of those courts set forth in his declaration submitted in support of this motion. To my knowledge there are no pending disciplinary proceedings against him by the Courts noted therein.

3.  That I have known Richard Gasperini both personally and professionally for over fifteen years. In my opinion he is a person of high moral character and an attorney of the highest ethics.

4.  I am satisfied that Richard Gasperini has the necessary qualifications to become a pro hac vice member of this Court and therefore move his admission.

Dated: October 30, 2007

**Respectfully submitted,**

By Counsel

/s/ Charles M. Allen

_____
Charles M. Allen (DC Bar # M10004)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Phone: (804) 346-0600
Fax:    (804) 346-5954
E-mail:callen@goodmanallen.com

### Certificate of Service

I hereby certify that a true and exact copy of the foregoing Motion for Admission of Counsel, Pro Hac Vice was forwarded by First Class Mail, postage prepaid, his 30th day of October 2007 to:

Civil Process Clerk
Office of the U.S. Attorney
555 4th Street, NW
Washington, DC 20530

and

U.S. Attorney General
Department of Justice
10th and Pennsylvania Avenue, N.W.
Washington, D.C. 20530

/s/ Charles M. Allen
_____
Charles M. Allen

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHELE VOTEL,               )
                             )
         Plaintiff,          )
                             )
v.                           )     Civil Action No.: 1:07-cv-01216
                             )
UNITED STATES OF AMERICA,    )     Assigned to J. Henry H. Kennedy
                             )
         Defendant.          )

### DECLARATION OF RICHARD GASPERINI IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

COMES NOW the affiant, Richard Gasperini, and in support of the motion of Charles M. Allen for Richard Gasperini's pro hac vice admission to the United States District Court for the District of Columbia, avers and states as follows:

1. That my full name is Richard Harvey Gasperini.

2. That I am a partner in the law firm of Goodman, Allen & Filetti with offices at 4501 Highwoods Parkway, Suite 210, Glen Allen, Virginia 23060. My office telephone number is 804-565-5961

3. That I have been admitted to the following Bars:

   a. United States Supreme Court

   b. Virginia Supreme Court

   c. Colorado Supreme Court

   d. U.S. District Court for the Eastern District of Virginia

   e. U.S. District Court for the District of Colorado

   f. U.S. District Court for the District of Arizona

      g.      U.S. District Courts for the Eastern and Western Districts of Arkansas.

4.      That I am in good standing in all Bars of which I am a member and no disciplinary actions or grievances have been filed or are pending against me. I have never been disbarred or disciplined by any court of record or state bar association.

5.      That I have not been admitted to this Court pro hac vice within the last two years.

6.      That I do not practice law from an office located in the District of Columbia.

7.      That I have read and am familiar with the local rules of this Court.

8.      That I am familiar with the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

9.      That I hereby agree to adhere faithfully to the Code of Professional Responsibility as adopted by this Court.

10.      That I have previously acted as sole or lead counsel in a federal district court or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.

11.      That this declaration is made in support of the motion by Charles M. Allen, Counsel for the above-named plaintiff, for my admission to practice before this Court pro hac vice.

    I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of October, 2007.

                                              **Respectfully submitted,**

By: /s/ Richard Gasperini
Richard H. Gasperini (VA Bar # 32140)
GOODMAN, ALLEN & FILETTI, PLLC
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Phone:   (804) 346-0600
Fax:     (804) 346-5954
E-mail:  rgasperini@goodmanallen.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHELE VOTEL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No.: 1:07-cv-01216 |
| UNITED STATES OF AMERICA, | ) ) ) | Assigned to J. Henry H. Kennedy |
| Defendant. | ) ) | |

## ORDER

Upon Motion by Charles M. Allen, pursuant to Local Rule 83.2(d) of the United States District Court for the District of Columbia, it is this _____ day of _____, 2007, hereby

ORDERED that Richard H. Gasperini be admitted to practice pro hac vice before this Court for the limited purpose of appearing and participating in the above-captioned case.

IT IS SO ORDERED.

_____
United States District Judge