IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELE VOTEL,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-1216 (HHK) |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Brian C. Baldrate, Special Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
BRIAN C. BALDRATE
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780