IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHELE VOTEL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1216 (HHK) |
| ) | |
| **UNITED STATES OF AMERICA ,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case against the Department of the Army for personal injury. Defendant respectfully moves this Court for an "enlargement" of time through and including November 23, 2007, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Plaintiff attempted to serve The United States Attorney's Office by certified mail on July 23, 2007.  Service on this date would make September 21, 2007 the due date for a responsive pleading.  Due to an apparent mix-up with the mail, the Summons and Complaint was sent (twice) to the U.S. Attorney General Office and not to the U.S. Attorney's Office. Service of the Summons and Complaint was not perfected and received at the U. S. Attorney's Office until October 12, 2007, making the due date December 11, 2007.

2. Because of the discrepancy involving the date of service, and questions about the proper due date for a responsive pleading, both parties have agreed on the aforementioned due date as an acceptable date for the Defendants to answer, move or otherwise respond.

3. Granting this Motion will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4.  Both parties consent to this "enlargement."

For these reasons, Defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed Order is included with this Motion.

Respectfully submitted,


_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney


_____/s_____
BRIAN C. BALDRATE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHELE VOTEL | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No. 07-1216 (HHK) |
|  | ) |
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

**ORDERED** that Defendant's Motion for an Enlargement is **GRANTED**, and it is

**FURTHER ORDERED** that Defendant shall have up to and including November 23, 2007, to answer, move or otherwise respond to Plaintiff's Complaint.


Dated this _____ day of _____, 2007.



_____
Henry H Kennedy
United States District Judge